IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALLEN, ET AL. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV1514   SWW |
| PULASKI COUNTY | * | |
| | * | |
| Defendant | * | |

## ORDER

Before the Court is an unopposed motion by separate plaintiffs Melissa Fulmer, Anthony Hamilton, Travis Johnson, Larry Lambert, Ebony Mance, Kathy Webb, Sarita Love, Hawkins Alexa, and Lakoioya Diggs, seeking to voluntarily dismiss their claims with prejudice.  The motion (docket entry #60) is granted.  The claims of separate plaintiffs Melissa Fulmer, Anthony Hamilton, Travis Johnson, Larry Lambert, Ebony Mance, Kathy Webb, Sarita Love, Hawkins Alexa, and Lakoioya Diggs are DISMISSED WITH PREJUDICE, and these plaintiffs are dismissed as parties.

IT IS SO ORDERED THIS 13th DAY OF DECEMBER, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE