**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALLEN, ET AL. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV1514   SWW |
| PULASKI COUNTY | * | |
| | * | |
| Defendant | * | |

## ORDER

Before the Court is a motion by Separate Plaintiffs Matthew Arivette, Jason Bangs, Michael Herron, Loren Jackson, Richard Jackson, Evelyn Johnson, Deborah Jean Kearney, Freda Pearce, Thomas Scruggs, Pamela Smith, Tyrus Townsend and David Vance, seeking to voluntarily dismiss their claims in this case with prejudice.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), the motion (docket entry #102) is GRANTED.  The claims of Separate Plaintiffs Matthew Arivette, Jason Bangs, Michael Herron, Loren Jackson, Richard Jackson, Evelyn Johnson, Deborah Jean Kearney, Freda Pearce, Thomas Scruggs, Pamela Smith, Tyrus Townsend and David Vance are DISMISSED WITH PREJUDICE, and the separate plaintiffs are dismissed as parties to this action.

IT IS SO ORDERED THIS 24th  DAY OF FEBRUARY, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE