IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALLEN, ET AL. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV1514 SWW |
| PULASKI COUNTY | * | |
| | * | |
| Defendant | * | |

**ORDER**

Current and past employees of the Pulaski County Regional Detention Facility ("PCRDF") bring this action against Pulaski County ("the County") pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201- 219. Before the Court is a motion by Separate Plaintiffs, requesting that the Court dismiss their claims against Defendant Pulaski County, with prejudice. The time for responding has passed, and Defendant has not filed a response.

IT IS THEREFORE ORDERED that Separate Plaintiffs' motion to dismiss (docket entry #120) is GRANTED.   All claims of the following separate plaintiffs are VOLUNTARILY DISMISSED WITH PREJUDICE:

> Angela Brown
> Robin Carroll
> Erwin Dixon
> Shannon Fells
> Denita Hampton
> Karonda Hilliard
> Eric Holcomb
> Brandon Huff
> Carmella Hurley
> J. Derek Jester
> Nathaniel Johnson
> Shuvonne Johnson
> Cynthia Mates

        Wendy Moore
        Carol Nelson
        Maria Nelson
        Orlando Newburn
        Felecia Robinson
        Pearl Shepard
        Jacquelyn Walker
        Patrick Wilson

IT IS FURTHER ORDERED the aforementioned separate plaintiffs are dismissed as parities to this action.

IT IS SO ORDERED THIS 12TH DAY OF OCTOBER 2012.

        <u>/s/Susan Webber Wright</u>
        UNITED STATES DISTRICT JUDGE