# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALLEN, ET AL. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV1514   SWW |
| PULASKI COUNTY | * | |
| | * | |
| Defendant | * | |

## ORDER

Before the Court is the parties' joint motion to dismiss this case with prejudice. The parties state that this case has been settled to the satisfaction of both Plaintiffs and Defendant. The motion to dismiss (docket entry #123) is GRANTED, and this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 17TH DAY OF OCTOBER, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE